STATE OF NEW JERSEY v. MICHAEL L. WHEELE.

September 30, 1980.

Petition for certification denied.

KAREN GEORGE v. MADISON SQUARE GARDEN CORP.

September 30, 1980.

Leave to appeal is granted, and the matter is summarily reversed and remanded to the Superior Court, Law Division for an appropriate amendment of the complaint and for trial on the merits. Jurisdiction is not retained.

BOROUGH OF FORT LEE v. HUDSON TERRACE APARTMENTS.

October 14, 1980.

Petition for certification denied. (See 175 *N.J.Super.* 221)

BOROUGH OF FORT LEE v. HUDSON TERRACE APARTMENTS.

October 14, 1980.

Cross-petition for certification denied. (See 175 *N.J.Super.* 221)